Dan SAYLOR'S ADMINISTRATOR (E. M. Saylor), Appellant,

v.

Ida Howard BLANTON, Appellee.

Court of Appeals of Kentucky.

Oct. 8, 1954.

Gus B. Bruner, Harlan, for appellant.

James C. Brock, Harlan, for appellee.

PER CURIAM.

Motion for an appeal from a judgment of the Harlan Circuit Court adjudging that appellee is the owner of the land in controversy and quieting title thereto.

An examination of the record discloses that the findings of the Chancellor are amply supported by the evidence.

The motion for an appeal is overruled and the judgment is affirmed.